**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-2170**

_____

ROBERT QUINN,

              Plaintiff - Appellant,

      v.

CUMBERLAND COUNTY,

              Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:23-cv-00046-BO-RN)

_____

Submitted:  May 30, 2024                                      Decided:  June 3, 2024

_____

Before GREGORY and HARRIS, Circuit Judges, and MOTZ, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Robert Quinn, Appellant Pro Se.  Robert Alford Hasty, Jr., Assistant County Attorney, CUMBERLAND COUNTY ATTORNEY'S OFFICE, Fayetteville, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert Quinn appeals the district court's order dismissing his 42 U.S.C. § 1983 complaint challenging the termination of his parental rights as barred by the *Rooker-Feldman** doctrine. We have reviewed the record and find no reversible error. *See Hulsey v. Cisa*, 947 F.3d 246, 249 (4th Cir. 2020) (stating standard of review of dismissal of claims as barred by *Rooker-Feldman*). Accordingly, we affirm the district court's order. *Quinn v. Cumberland Cnty.*, No. 5:23-cv-00046-BO-RN (E.D.N.C. Oct. 16, 2023). We also deny Quinn's motion to assign counsel. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

---

\* *Rooker v. Fid. Tr. Co.*, 263 U.S. 413 (1923); *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462 (1983).

2